UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RIMMA KUNIK,

                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, PRINCIPAL KAYE
HOULIHAN, AND ASSITANT PRINICPAL
DORISH MUNOZ FUENTES,
                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

15 CIVIL 9512 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 31, 2020, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        January 31, 2020

                                          **RUBY J. KRAJICK**
                                          Clerk of Court

                **BY:**
                                            _____
                                               **Deputy Clerk**